UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| BEE CREEK PHOTOGRAPHY, | |
| Plaintiff, | Docket No. 1:20-cv-247 |
| - against - | JURY TRIAL DEMANDED |
| THOMPSON REALTY GROUP LLC | |
| Defendant. | |

# COMPLAINT

Plaintiff Bee Creek Photography ("Bee Creek Photography" or "Plaintiff") by and through its undersigned counsel, as and for its Complaint against Defendant Thompson Realty Group LLC ("Thompson Realty Group" or "Defendant") hereby alleges as follows:

## NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of a copyrighted photograph of an aerial panoramic photograph of the city of Austin, Texas, owned and registered by Bee Creek Photography, a Texas based commercial photography studio. Accordingly, Bee Creek Photography seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

## JURISDICTION AND VENUE

2. This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. This Court has personal jurisdiction over Defendant because Defendant resides in and/or transacts business in Texas.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5. Bee Creek Photography is a commercial photography studio specializing in high quality image prints for editorial, architectural and commercial usage having a usual place of business at 21003 West Lakeshore Drive, Spicewood, Texas 78669.

6. Upon information and belief, Thompson Realty Group is a domestic business corporation duly organized and existing under the laws of the State of Texas with a place of business at 2407 Congress Avenue, Suite E104, Austin, Texas 78704. Upon information and belief Thompson Realty Group is registered with the Texas Department of State Division of Corporations to do business in the State of Texas. At all times material, hereto, Thompson Realty Group has operated her page on the website: www.Realtor.com (the "Website").

## STATEMENT OF FACTS

**A. Background and Plaintiff's Ownership of the Photograph**

7. Tod Grubbs, the owner and employee of Bee Creek Photography, photographed an aerial panoramic view of the city of Austin, Texas (the "Photograph"). A true and correct copy of the Photograph is attached hereto as Exhibit A.

8. Bee Creek Photography has at all times been the sole owner of all right, title and interest in and to the Photograph, including the copyright thereto.

9. The Photograph was registered with the United States Copyright Office and was given registration number VAu 1-259-726.

**B. Defendant's Infringing Activities**

10. Thompson Realty Group copied the Photograph and placed on the Website. See: https://www.realtor.com/realestateagents/terri-thompson-of-austin-and-surrounding-

areas_austin_tx_149438_258099412. A screenshot of the Photograph on the Website is attached hereto as Exhibit B.

11. Thompson Realty Group did not license the Photograph from Plaintiff for its Website, nor did Thompson Realty Group have Plaintiff's permission or consent to publish the Photograph on its Website.

## **CLAIM FOR RELIEF**
## **(COPYRIGHT INFRINGEMENT AGAINST DEFENDANT)**
## **(17 U.S.C. §§ 106, 501)**

12. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-11 above.

13. Thompson Realty Group infringed Plaintiff's copyright in the Photograph by reproducing and publicly displaying the Photograph on the Website. Thompson Realty Group is not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute and/or use the Photograph.

14. The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

15. Upon information and belief, the foregoing acts of infringement by Defendant have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

16. As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and Defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

17. Alternatively, Plaintiff is entitled to statutory damages up to $150,000 per work infringed for Defendant's willful infringement of the Photograph, pursuant to 17 U.S.C. § 504(c).

18. Plaintiff further is entitled to its attorney's fees and full costs pursuant to 17 U.S.C. § 505.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendant Thompson Realty Group be adjudged to have infringed upon Plaintiff's copyrights in the Photograph in violation of 17 U.S.C §§ 106 and 501;

2. That Plaintiff be awarded either: a) Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photograph; or b) alternatively, statutory damages of up to $150,000 per copyrighted work infringed pursuant to 17 U.S.C. § 504;

3. That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

4. That Plaintiff be awarded its costs, expenses and attorneys' fees pursuant to 17 U.S.C. § 505;

5. That Plaintiff be awarded pre-judgment interest; and

6. Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
March 8, 2020

LIEBOWITZ LAW FIRM, PLLC
By: /s/Richard Liebowitz

Richard Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff Bee Creek Photography*