**BARSHAY SANDERS, PLLC**
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 121499
*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| Bee Creek Photography, | Case No: 1:20-cv-00247-LY |
| Plaintiff, | |
| v. | |
| Thompson Realty Group LLC, | |
| Defendant. | |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed with prejudice.

Dated: June 28, 2021

**BARSHAY SANDERS, PLLC**

By:   /s *Craig B. Sanders*
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Email: csanders@barshaysanders.com
Tel: (516) 203-7600
Fax: (516) 282-7878
Our File No: 121499
*Attorneys for Plaintiff*