IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BEE CREEK PHOTOGRAPHY, § | | |
| PLAINTIFF, § | | |
| § | | |
| V. § | | CAUSE NO. 1:20-CV-247-LY |
| § | | |
| THOMPSON REALTY GROUP LLC, § | | |
| DEFENDANT. § | | |

## ORDER CLOSING CASE

Before the court is the above-styled and numbered cause. Plaintiff's Notice of Voluntary Dismissal [with prejudice] Pursuant to F.R.C.P. 41(a)(1)(A)(I) (Doc. #11) was filed June 28, 2021.

**IT IS THEREFORE ORDERED** that the case is **CLOSED**.

SIGNED this _____ day of June, 2021.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE